```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED: 10 7 09                  │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

STAR PACIFIC LINE,                        :        08 Civ. 9326 (SHS)

              Plaintiff,          :        ORDER

      -against-                        :

INTERNATIONAL SHIPPING AND                :
LOGISTICS FZE, a/k/a ISL<

                          :

            Defendants.
---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      This case has been reassigned to this Court for all purposes. Accordingly,

      IT IS HEREBY ORDERED that there will be a pretrial conference before this

Court on October 16, 2009, at 10:30 a.m. in Courtroom 23A to discuss the status of this action.

Dated: New York, New York
      October 7, 2009

                      SO ORDERED:

                      Sidney H. Stein, U.S.D.J.